IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| INTEGRATED HEALTH SERVICES, ) | Case No. 00-389 (MFW) |
| INC., *et al.*, ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| C. TAYLOR PICKETT, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| - against- ) | Civil Action No. 04-354 (GMS) |
| ) | |
| INTEGRATED HEALTH SERVICES, INC., ) | |
| ) | |
| Appellee. ) | |

**NOTICE OF APPEAL OF C. TAYLOR PICKETT TO THE
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Appellant, C. Taylor Pickett ("Pickett"), by and through his counsel, hereby appeals, pursuant to 28 U.S.C. § 158(d)(1), to the United States Court of Appeals for the Third Circuit from the final order of the United States District Court for the District of Delaware, entered in this case on March 20, 2006 (Docket Item 15) (the "Order") affirming the Order of the United States Bankruptcy Court for the District of Delaware entered on April 19, 2004.

The names of all parties to the Order and the names and addresses of their respective attorneys are as follows:

    1.    Appellant, C. Taylor Pickett:

        John D. Demmy, Esq.
        STEVENS & LEE, P.C.
        1105 N. Market Street, 7th Floor
        Wilmington, Delaware 19801

        -and-

        Leighton Aiken, Esq.
        OWENS, CLARY & AIKEN, L.L.P.
        700 North Pearl, Suite 1600
        Dallas, Texas 75201

2.     Appellee, IHS Liquidating LLC:

        Alfred Villoch, III, Esq.
        YOUNG CONAWAY STARGATT
          & TAYLOR, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19899

3.     Appellee, Abe Briarwood Corporation:

        Arthur Steinberg, Esq.
        Steven Wirth, Esq.
        KAYE SCHOLER LLP
        425 Park Avenue
        New York, NY 10022-3598

        -and-

        Abraham J. Backenroth, Esq.
        BACKENROTH FRANKEL & KINRSKY, LLP
        489 Fifth Avenue
        New York, NY  10017

        -and-

        Frederick B. Rosner Esq.
        Duane Morris LLP
        1100 North Market St.
        Suite 1200
        Wilmington, DE  19801-1246

SL1 621104v1/016952.00001

Dated: April 10, 2006

Respectfully submitted,

STEVENS & LEE, P. C.

_/s/ John D. Demmy_
John D. Demmy (#2802)
1105 N. Market Street, 7th Floor
Wilmington, Delaware 19801
(302) 425-3308 (telephone)
(302) 654-5181 (facsimile)
E-Mail: jdd@stevenslee.com

-and-

OWENS, CLARY & AIKEN, L.L.P.
Leighton Aiken
700 North Pearl, Suite 1600
Dallas, Texas 75201
(214) 698-2100 (telephone)
(214) 698-2121 (facsimile)
E-Mail: laiken@flash.net

ATTORNEYS FOR APPELLANT,
C. TAYLOR PICKETT