**CERTIFICATE OF SERVICE**

John D. Demmy hereby certifies that on April 10, 2006, a true and correct copy of the foregoing *NOTICE OF APPEAL OF C. TAYLOR PICKETT TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT* was served on the parties listed below via regular United State mail delivery:

Alfred Villoch, III, Esq.
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE  19801

Arthur Steinberg, Esq.
Steven Wirth, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022

Abraham J. Backenroth, Esq.
BACKENROTH FRANKEL & KINRSKY, LLP
489 Fifth Avenue
New York, NY  10017

Frederick B. Rosner Esq.
DUANE MORRIS LLP
1100 North Market St.
Suite 1200
Wilmington, DE  19801-1246

/s/ John D. Demmy
John D. Demmy