## CERTIFICATE OF SERVICE

John D. Demmy hereby certifies that on April 18, 2006, a true and correct copy of the foregoing *APPELLANT'S DESIGNATION OF THE RECORD TO BE CERTIFIED AND SENT TO THE THIRD CIRCUIT CLERK AND STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL* was served on the parties listed below via regular United State mail delivery:

Alfred Villoch, III, Esq.
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801

Arthur Steinberg, Esq.
Steven Wirth, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

Abraham J. Backenroth, Esq.
BACKENROTH FRANKEL & KINRSKY, LLP
489 Fifth Avenue
New York, NY 10017

Frederick B. Rosner Esq.
DUANE MORRIS LLP
1100 North Market St.
Suite 1200
Wilmington, DE 19801-1246

/s/ John D. Demmy
John D. Demmy