UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-2279

———————

IN RE: INTEGRATED HEALTH SERVICES, INC., et al,
Debtors

C. TAYLOR PICKETT,
Appellant

v.

INTEGRATED HEALTH SERVICES, INC.

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
D.C. Civil No. 04-cv-00354
District Judge:  The Honorable Gregory M. Sleet

———————

Submitted Under Third Circuit LAR 34.1(a)
March 27, 2007

———————

Before: RENDELL, BARRY, and CHAGARES, Circuit Judges

———————

JUDGMENT

———————

This cause came to be heard on the record from the United States District Court for

the District of Delaware and was submitted on March 27, 2007.

After consideration of all the contentions raised by appellant, it is

ADJUDGED and ORDERED that the order of the District Court be and hereby is affirmed.  Costs taxed against appellant.  All in accordance with the opinion of the Court.

ATTEST:


/s/Marcia M. Waldron
Clerk

Dated: April 11, 2007

**Certified as a true copy and issued in lieu of a formal mandate on 05/03/07**

**Teste:**

**Clerk, U.S. Court of Appeals for the Third Circuit**

Marcia M. Waldron, Clerk