OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

Marcia M. Waldron     FOR THE THIRD CIRCUIT     **Telephone**
    Clerk     21400 United States Courthouse     267-299-4928
601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

May 3, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: **Docket No. 06-2279**
    **Integrated Health  vs. Abe Briarwood Corp**
    **No. 04-cv-00354**


Dear Mr. Dalleo:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.



           Very truly yours,
           MARCIA M. WALDRON
           Clerk


      By:   Carmella L. Wells
           Case Manager


Enclosure

cc:

    Leighton Aiken, Esq.
    John D. Demmy, Esq.
    Frederick B. Rosner, Esq.